COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



§

THOMAS LEONARD,                    §                    No. 08-14-00139-CR

          Appellant,          §                    Appeal from the

v.                                         §                    120th District Court

THE STATE OF TEXAS,            §                    of El Paso County, Texas

          State.                §                    (TC# 20110D02415)

§

# O R D E R

Pending before the Court is Appellant's motion to reconsider its ruling on his motion to void the judgment and dismiss the underlying prosecution. The motion to reconsider is DENIED. Appellant's motion also includes his twelfth request for an extension of time in which to file his brief. During the last several months, Appellant has repeatedly delayed filing his brief while he filed motions and original proceedings. The basis for Appellant's extension motion is that he has been working on an "extensive" motion to abate the appeal for an out-of-time motion for new trial. The Court has been patient with Appellant, but when we granted Appellant's tenth extension motion, we admonished him that failure to file the brief by the deadline could result in the appeal being submitted without briefs as authorized by TEX.R.APP.P. 38.8(b). The Court then granted Appellant an eleventh extension and admonished him that no further extensions would be considered. Appellant has ignored the Court's orders and has not filed his brief.

Ordinarily, the Court is required to order the trial court to conduct a hearing to determine whether the brief has not been filed due to ineffective assistance of counsel and whether Appellant wishes to continue with the appeal. A hearing is unnecessary in this case because Appellant is representing himself on appeal and it is clear Appellant intends to continue with his appeal. Appellant's motion for an extension of time to file his brief is DENIED. The appeal will be submitted on the record and without briefs. TEX.R.APP.P. 38.8(b).

IT IS SO ORDERED this 7th day of September, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.